# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ariene Vongkhamchanh,<br>*individually and on behalf of all similarly situated individuals*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>All Temporaries Midwest, Inc.,<br><br>　　　　　Defendant. | Case No. 0:17-cv-00976-KMM<br><br>**ORDER** |

A final settlement was reached in this class action litigation and the Court granted its final approval of the settlement on April 27, 2018. (ECF No. 55.) In the April 27 Order, the Court anticipated that the parties would file a stipulation of dismissal sometime in 2021, after all settlement checks were distributed. However, the Court now believes that it is a better and more efficient use of judicial resources to close this case but retain jurisdiction over it should problems in effectuating the settlement arise.

Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Court retains exclusive and continuing jurisdiction over the litigation for the purposes of supervising, implementing, interpreting, and enforcing the April 27, 2018 Order and Settlement Agreement until April 27, 2021.

**Let Judgment Be Entered Accordingly**

Date: March 22, 2019

　　　　　　　　　　　　　　　　　　　　*s/ Katherine Menendez*
　　　　　　　　　　　　　　　　　　　　Katherine Menendez
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge